171 So.2d 124

James **CARTER**

v.

**CITY OF BIRMINGHAM.**

6 Div. 8.

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.

691

Arthur Shores, Orzell Billingsley, Jr., Birmingham, and Norman C. Amaker and Jack Greenberg, New York City, for appellant.

Wm. C. Walker and J. Louis Wilkinson, Birmingham, for appellee.

CATES, Judge.

Affirmed.